UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  10-30673 |
| Byung-Woun Seo | ) | |
| Kimberly L. Rosiak-Seo | ) | Chapter:  13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

**Order Granting Education Credit Management Corporation's
Motion For Sanctions Against Debtor's Counsel**

    This matter coming before the Court pursuant to Education Credit Management Corporation's Motion For Sanctions Against Debtor and/or His Counsel (Dkt. No. 108), duly notice having been provided, the Court having determined that it has jurisdiction over this matter, and the Court being otherwise fully informed in the premises; it is hereby ORDERED:

    1.   For the reasons stated on the record at the hearing on October 21, 2016, Education Credit Management Corporation's Motion For Sanctions Against Debtor's Counsel is GRANTED; and

    2.   Education Credit Management Corporation shall file an itemization of its attorneys' fees and costs by November 4, 2016.

Enter:

*Donald R. Cassling* (signature)

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  November 03, 2016

**Prepared by:**

Carlos A. Ortiz, ARDC # 6293505
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
312-704-3000
312-704-3001 Facsimile